VANITA GUPTA
Principal Deputy Assistant Attorney General
Civil Rights Division
SAMEENA SHINA MAJEED
Chief
TIMOTHY J. MORAN
Deputy Chief
SAMUEL G. HALL
Trial Attorney
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave, N.W. – G Street
Washington, D.C. 20530
Telephone: (202) 353-4096
Samuel.Hall2@usdoj.gov


MICHAEL W. COTTER
United States Attorney
MEGAN DISHONG
Assistant U.S. Attorney
District of Montana
105 E Pine, 2nd Floor
Missoula, MT 59807
Telephone: (406) 829-3323
Megan.Dishong@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>GABRIEL NISTLER, SOMMER NISTLER, ROSS W. ROYLANCE, PATRICIA ROYLANCE, ROYLANCE & NISTLER PROPERTIES, LLC, WERNER-NISTLER PROPERTIES, LLC, DEREK BROWN, AND DEREK BROWN CONSULTING, INC.,<br><br>           Defendants. | Case No. 6:16-cv-00094-SEH |

**AMENDED UNOPPOSED MOTION FOR ENTRY
OF CONSENT ORDER**

The United States, through undersigned counsel, respectfully moves this Court for entry of the attached proposed Consent Order, amended to include the signature of Defendants' local counsel. Pursuant to the terms of the proposed Consent Order, the United States and Defendants have reached an agreement to resolve the Plaintiff's claims against Defendants in this matter.  Accordingly, the United

2

States respectfully requests that the Court sign and enter the proposed Consent Order.

DATED:   October 28th, 2016.

>LORETTA E. LYNCH
>Attorney General of the United States
>
>VANITA GUPTA
>Principal Deputy Assistant Attorney
>General
>Civil Rights Division
>
>
>  /s/  Sameena S. Majeed
>SAMEENA SHINA MAJEED
>Chief
>Housing and Civil Enforcement Section
>Civil Rights Division
>
>  /s/  Samuel G. Hall
>TIMOTHY J. MORAN
>Deputy Chief
>SAMUEL G. HALL
>Trial Attorney
>U.S. Department of Justice
>Civil Rights Division
>Housing and Civil Enforcement Section
>950 Pennsylvania Ave., N.W.
>Washington, D.C.  20530
>Telephone:  (202) 353-4096
>Samuel.Hall2@usdoj.gov

MICHAEL W. COTTER
United States Attorney
District of Montana

/s/ Megan Dishong

MEGAN DISHONG
Assistant U.S. Attorney
District of Montana
105 E Pine, 2nd Floor
Missoula, MT 59807
Telephone: (406) 829-3323
Megan.Dishong@usdoj.gov