FILED

JUL 10 2018

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CV 16-94-H-SEH |
| vs. | ORDER |
| GABRIEL NISTLER, SOMMER NISTLER, ROSS W. ROYLANCE, PATRICIA ROYLANCE, ROYLANCE & NISTLER PROPERTIES, LLC, WERNER-NESTLER PROPERTIES, LLC DEREK BROWN, AND DEREK BROWN CONSULTING, INC., | |
| Defendants. | |

On July 9, 2018, Defendants moved for admission of Richard Martin Hunt, Esq., ("Hunt") of Hunt Huey PLLC, Dallas, Texas, to practice before this Court in this case with Brian K. Gallik, Esq., of Gallik, Bremer & Molloy, P.C., Bozeman,

-1-

Montana, to act as local counsel.[1] Hunt's application appears to be in compliance with L.R. 83.1(d).

ORDERED:

Defendants' Unopposed Motion for Admission of Richard Hunt *Pro Hac Vice*[2] is GRANTED subject to the following conditions:

1.  Local counsel must serve as lead counsel or as co-lead counsel;

2.  Hunt must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court.

3.  Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed.

Admission is personal to Hunt; it is not an admission of Hunt Huey PLLC law firm.

IT IS FURTHER ORDERED:

This Order will be withdrawn unless Hunt, within fifteen (15) days from the

---

[1] Doc. 6.

[2] Doc. 6.

date of this Order, files an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 10th day of July, 2018.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge