IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION



FILED

JUL 11 2018

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CV-16-94-H-SEH |
| v. | ORDER GRANTING UNITED STATES' MOTION FOR DISTRIBUTION OF SETTLEMENT FUND |
| GABRIEL NISTLER, SOMMER NISTLER, ROSS W. ROYLANCE, PATRICIA ROYLANCE, ROYLANCE & NISTLER PROPERTIES, LLC, WERNER-NISTLER PROPERTIES, LLC, DEREK BROWN, AND DEREK BROWN CONSULTING, INC., | |
| Defendants. | |

Upon motion of the United States, through counsel, no objection from Defendants, and good cause appearing, the United States' Motion for Distribution of Settlement Fund is GRANTED.

It is hereby ORDERED that the Settlement Fund in this case shall be distributed as follows, together with the accrued interest apportioned pursuant to Paragraph 55 of the October 28, 2016 Consent Order:

1. Nancy Briggs: $5,000
2. Karri Jones: $2,500

3. Kim Lamere: $2,500
4. Dan Smith: $5,000
5. James Tuck: $5,000

DONE AND DATED this __11th__ day of July, 2018,

*/s/ Sam E. Haddon*
Honorable Sam E. Haddon
United States District Judge