**FILED**

JUL 2 7 2018

Clerk, U.S. District Court
District Of Montana
Helena

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF MONTANA**

**HELENA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CV 16-94-H-SEH |
| vs. | |
| GABRIEL NISTLER, SOMMER NISTLER, ROSS W. ROYLANCE, PATRICIA ROYLANCE, ROYLANCE & NISTLER PROPERTIES, LLC, WERNER-NESTLER PROPERTIES, LLC DEREK BROWN, AND DEREK BROWN CONSULTING, INC., | **ORDER** |
| Defendants. | |

On July 10, 2018, the Court granted the application of Richard Martin Hunt,

Esq., ("Hunt") of Hunt Huey PLLC, Dallas, Texas, to appear *pro hac vice* in this

case with Brian K. Gallik, Esq., of Gallik, Bremer & Molloy, P.C., Bozeman,

Montana, designated as local counsel.[1]

The Court's Order of July 10, 2018, required that Hunt, "within fifteen (15) days from the date of [the] Order, file[] an acknowledgment and acceptance of his admission under the terms set forth above" of the Order.[2]

As of the date of this Order, no such acknowledgment or acceptance have been filed by Hunt.

ORDERED:

The Order of July 10, 2018, granting the *pro hac vice* application of Hunt is WITHDRAWN.[3]

DATED this _27th_ day of July, 2018.

SAM E. HADDON
United States District Judge

---

[1] Doc. 8.

[2] Doc. 8 at 2-3.

[3] Doc. 8.