**FILED**

AUG 0 2 2018

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

UNITED STATES OF AMERICA,

               Plaintiff,

vs.

GABRIEL NISTLER, SOMMER
NISTLER, ROSS W. ROYLANCE,
PATRICIA ROYLANCE,
ROYLANCE & NISTLER
PROPERTIES, LLC, WERNER-
NESTLER PROPERTIES, LLC
DEREK BROWN, AND DEREK
BROWN CONSULTING, INC.,

               Defendants.

CV 16-94-H-SEH

**ORDER**

On July 9, 2018, Brian K. Gallik, Esq.,("Gallik") of Gallik, Bremer &

Molloy, P.C., Bozeman, Montana, moved for admission of Richard Martin Hunt,

Esq., ("Hunt") of Hunt Huey PLLC, Dallas, Texas, to appear *pro hac vice* with

-1-

Gallik.[1]

Hunt's application complied with L.R. 83.1(d) and on July 10, 2018, the motion was granted subject, inter alia, to the following conditions: "This Order will be withdrawn unless Hunt, within fifteen (15) days from the date of this Order, files an acknowledgment and acceptance of his admission under the terms set forth above."[2]

On July 27, 2018, the Order of July 10, 2018, was withdrawn for noncompliance with the conditions of the Order of July 10, 2018.[3]

On August 2, 2018, the application for admission of Hunt was renewed.[4] Hunt's application appears to be in compliance with L.R. 83.1(d).

ORDERED:

Defendants' Renewed Unopposed Motion for Admission of Richard Hunt *Pro Hac Vice* (Unopposed)[5] is GRANTED subject to the following conditions:

1. Local counsel must serve as lead counsel or as co-lead counsel;

2. Hunt must do his own work. He must do his own writing, sign his

---

[1] Doc. 6.

[2] Doc. 8 at 2-3.

[3] Doc. 13.

[4] Doc. 14.

[5] Doc. 14.

own pleadings, motions, briefs and other documents served or filed by him, and, <u>if</u> <u>designated co-lead counsel, must appear and participate personally in all</u> <u>proceedings before the Court.</u>

3.     Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed.

Admission is personal to Hunt; it is not an admission of Hunt Huey PLLC law firm.

IT IS FURTHER ORDERED:

This Order will be withdrawn unless Hunt, within fifteen (15) days from the date of this Order, files an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this _2nd_ day of August, 2018.

SAM E. HADDON
United States District Judge